# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON HEATLEY, on behalf of himself and all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIN ROGERS ELECTRICAL CONTRACTORS, INC., a Georgia Corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 8:22-cv-00042-CJC-KESx<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) [27]**<br><br>**Complaint Filed**: December 3, 2021<br>**Removal Date**: January 7, 2022 |

1

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

## ORDER

Having read and considered Plaintiff Jason Heatley's Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause appearing, IT IS HEREBY ORDERED that the above entitled action be dismissed in its entirety without prejudice, with each party to bear its own attorney's fees and costs.

Dated: March 17, 2022

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE